# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REPLICA AUTO BODY PANELS AND AUTO SALES INC., | No. 4:19-CV-02018 |
| Plaintiff, | (Judge Brann) |
| v. | |
| INTECH TRAILERS INC., | |
| Defendant. | |

## ORDER

**AND NOW**, this 16th day of April 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant inTech Trailers Inc.'s Motion to Dismiss Plaintiff's Complaint (Doc. 5) is **GRANTED IN PART** and **DENIED IN PART**.

2. With respect to Count I and Count II of the Complaint, Defendant's motion to dismiss is **GRANTED**. Count I and Count II of the Complaint are **DISMISSED** with prejudice.

3. With respect to Count III and Count IV of the Complaint, Defendant's motion to dismiss is **DENIED**.

4. Plaintiff Replica Auto Body Panels and Auto Sales Inc. shall have leave to file an amended complaint on or before April 30, 2020.  If no

Amended Complaint is filed on or before April 30, 2020, Defendant shall file an Answer to Count III and Count IV of the Complaint on or before May 14, 2020.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge